Appendix 2 to DCD 200-2

FORM 1

*FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL ACT, 42 U.S.C. § 1983*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DOB 12/11/74

Jeremiah Lee Parker #445560   SID# 4231557
MCTC
18800 Roxbury Rd Hagerstown, MD 21746
(Enter the full name, address,
date of birth, and institution
number of the plaintiff(s) in
this action)

___ FILED  ___ ENTERED
___ LOGGED ___ RECEIVED

APR 20 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

v.

CIVIL ACTION NO. PWG-16-1171

Warden Philip Morgan  18800 Roxbury Rd. Hagerstown, MD 21746 (MCTC)
Warden Richard Davey  18601 Roxbury Rd Hagerstown, MD 21746 (MCI-H)
DPSCS 300 East Joppa Rd Suite 1000 Towson, MD 21286

(enter the full name and address
of the defendant(s) in this action)

I.  Previous Lawsuits:

   A.  Have you begun other actions in state or federal court dealing with the
       same facts involved in this action or otherwise relating to your
       imprisonment?

                          YES [ ]    NO [X]

   B.  If your answer to A. is yes, describe that action in spaces below. (If there
       is more than one lawsuit, describe the additional lawsuits on the reverse
       side of this page.)

   1.  Parties to the previous action:

       Plaintiff_____

       Defendant (s) _____

Appendix 2 to DCD 200-2

2. Court (if a federal court, name the district; if a state court, name the city or county) _____

3. Docket Number _____

4. Name of Judge to whom the case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing the lawsuit _____

7. Approximate date of the disposition _____

II. Place of present confinement MCTC 18800 Roxbury Rd Hagerstown, MD 21746

Prior Institutional Identification Numbers 445560 (DOC)

A. Is there a state prison grievance procedure in this institution?
   YES [X]   NO [ ]

1. If your answer is YES:

   a) Did you file a grievance regarding your complaint, Proceeding under the Administrative Remedy Procedure?

      YES [X]   NO [ ]

   b) If you answered YES, what steps did you take and what was the result? Sent two ARPs and appealed the decesion

   c) If you answered NO, explain why you did not file.
   _____
   _____

Appendix 2 to DCD 200-2

B.   If there is no prison grievance procedure in the institution, did you complain to the prison authorities?

YES [ ]    NO [ ]

1.   If you answered YES:

a)   What steps did you take: _____

b)   What was the result? _____

III.   Statement of the Claim
(State briefly the facts of your case. Include dates, times and places. Describe how each defendant is involved. Also include the names of other implicated persons. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet, if necessary, for each copy of the complaint submitted.

Supporting Facts  My Father William Joseph Parker was serving a life sentence in MDDOC at MCTC and he passed away in the States custody at MCI-H in Hagerstown. I was the only living kin so I filed to claim his body along with his property and assets. I was able to claim the body but was denied me the property and assets. I need the assets to help place him to rest because he is still in an Ice Box at the anatomy board in Baltimore. The stress I have been dealing with has drained me mentally and physically.

IV.   Relief
(State briefly exactly what you want the court to do for you. Make no legal arguments or cite any cases or statutes.)
I am asking for a judgement of $20,000 for the cost of the property and assets along with the pain and suffering this has caused my family and I.

SIGNED THIS  11  day of  April  , 2016.

_____
Original Signature of Plaintiff

If you wish to proceed in forma pauperis, complete FORM 2